No. 76–5011. CHOWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5012. CROSSLAND *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 76–5013. BAILEY *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 76–5015. DEYOUNG *v.* MINNESOTA DEPARTMENT OF HIGHWAYS ET AL. Sup. Ct. Minn. Certiorari denied.

No. 76–5017. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5018. BUTLER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 76–5019. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5021. FEINGOLD *v.* FEINGOLD. Super. Ct. Pa. Certiorari denied.

No. 76–5022. BREWSTER *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–5023. BOECKENHAUPT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5024. MORENO *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–5027. GINTER *v.* WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 76–5028. RAMIREZ-RICO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.